```
                UNITED STATES DISTRICT COURT
             FOR THE MIDDLE DISTRICT OF TENNESSEE
                       NASHVILLE DIVISION
```

LATOYA MICHELLE JAWARA,       )
                              )
    Plaintiff,                )
                              )
            v.                )   NO.  3:11-1237
                              )   Judge Trauger/Bryant
MAMAKEH M. JAWARA, et al.,    )
                              )
    Defendants.               )

**TO: The Honorable Aleta A. Trauger**

## REPORT AND RECOMMENDATION

This case has been referred to the undersigned Magistrate Judge for a frivolity review under 28 U.S.C. § 1915(e)(2)(B) and for case management (Docket Entry No. 4).

It appears that plaintiff Jawara has filed her Motion To Dismiss (Docket Entry No. 7) in which she states that she no longer desires to pursue the causes in her complaint.

It appears from the record that service of process on defendants has not been accomplished, and that no defendant has filed either an answer nor a motion for summary judgment. Accordingly, pursuant to Rule 41(a), Federal Rules of Civil Procedure, plaintiff Jawara may dismiss this action without an order of the Court.

For the foregoing reason, the undersigned Magistrate Judge **RECOMMENDS** that the complaint in this action be **DISMISSED** without prejudice.

Under Rule 72(b) of the Federal Rules of Civil Procedure, any party has fourteen (14) days from service of this Report and

Recommendation in which to file any written objections to this Recommendation, with the District Court. Any party opposing said objections shall have fourteen (14) days from receipt of any objections filed in this Report in which to file any responses to said objections. Failure to file specific objections within fourteen (14) days of receipt of this Report and Recommendation can constitute a waiver of further appeal of this Recommendation. Thomas v. Arn, 474 U.S. 140 (1985), reh'g denied, 474 U.S. 1111 (1986).

**ENTERED** this 24th day of January 2012.

s/ John S. Bryant
JOHN S. BRYANT
United States Magistrate Judge