IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| LATOYA MICHELLE JAWARA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:11-1237 |
| | ) | Judge Trauger |
| MAMAKEH M. JAWARA and | ) | Magistrate Judge Bryant |
| MARTHA M. PATTY, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

On January 24, 2012, the Magistrate Judge issued a Report and Recommendation (Docket No. 8), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the plaintiff's Motion to Dismiss this case filed on January 23, 2012 (Docket No. 7) is **GRANTED**, and this case is **DISMISSED WITHOUT PREJUDICE**.

It is so **ORDERED.**

Enter this 14th day of February 2012.

_____
ALETA A. TRAUGER
U.S. District Judge