# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| LATOYA MICHELLE JAWARA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:11-1237 |
| ) | Judge Trauger |
| MAMAKEH M. JAWARA and ) | Magistrate Judge Bryant |
| MARTHA M. PATTY, ) | |
| ) | |
| Defendants. ) | |

## O R D E R

The pro se plaintiff's Motion To Seal Complaint And Addendum To Complaint (Docket No. 17) is **GRANTED**. It is hereby **ORDERED** that the Clerk shall seal Docket Nos. 1, 2 and 3 in this case.

It is so **ORDERED.**

Enter this 20th day of August, 2015.

_____
ALETA A. TRAUGER
U.S. District Judge